702 A.2d 1272

Gerald GRINDLE

v.

Shirley Mae THOMPSON et al.

No. 37, Sept. Term, 1997.

Court of Appeals of Maryland.

Dec. 8, 1997.

Fletcher P. Thompson, Cambridge, for Petitioner.

Frederick P. Charleston, Baltimore, for Respondent.

J. Joseph Curran, Jr., Atty. Gen. of Maryland, Karen J. Kruger, Asst. Atty. Gen., Maryland Transportation Authority of Baltimore, MD, amicus curiae in support of Appellant.

Submitted before BELL, C.J., ELDRIDGE, RODOWSKY, CHASANOW, RAKER and WILNER, JJ., and ROBERT L. KARWACKI, Judge (retired), Specially Assigned.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this 8th day of December, 1997

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.